Collette Stark (NOT AN ATTORNEY)
2175 Cowley Way
San Diego, CA 92110
(619) 347-2607
videosolutions@me.com
Plaintiff In *Pro Per*



FILED
JUN 2 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ᴍ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLETTE STARK**, an individual | Case No: 21-cv-00089-BAS-JLB |
| Plaintiff, | **RULE 41 JOINT MOTION TO DIMISS** |
| v. | |
| **Enrich Funding Corp** a Florida corporation; | Hon. District Judge Cynthia Bashant |
| *et al.* | Hon. Magistrate Judge Jill L. Burkhardt |
| Defendants. | |

    May it please the Court, Plaintiff Collette Stark, an individual and Defendant Enrich Funding Corp a Florida corporation, and Defendant Joseph Amar an individual hereby jointly move the Court, pursuant to Federal Rules of Civil Procedure section 41, to dismiss the instant action with prejudice as to all parties and close the case file.

    The parties hereby request the Court to retain jurisdiction to enforce the confidential settlement agreement for 180 days. Each side is to pay its own attorney fees and costs incurred in connection with this action.

JOINT MOTION TO DISMISS
21-cv-00089-BAS-JLB

1 | The parties thank this Court for its time, effort and consideration in this
2 | matter.

4 | Respectfully submitted,

6 | Dated: June 25, 2021

                                         Collette Stark,
                                         Plaintiff

9 | Dated: June 25, 2021

                                         */s/ Joseph Amar*
                                         Enrich Funding Corp, a Florida Corporation
                                         Defendant, by Joseph Amar, CEO

13 | Dated: June 25, 2021

                                           */s/ Joseph Amar*
                                         Joseph Amar, an individual
                                         Defendant