# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENRICH FUNDING CORP, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-00089-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION (ECF No. 8)** |

　　　　Pending before the Court is a joint motion to dismiss filed by Plaintiff Collette Stark and Defendants Enrich Funding Corp and Joseph Amar under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 8.)  The parties represent that they have agreed to settle and dismiss this action with prejudice, with each side bearing their own costs.  Good cause appearing, the Court **GRANTS** the joint motion to dismiss.  The action is dismissed with prejudice.  The Court declines to retain jurisdiction.

　　　　IT IS SO ORDERED.

**DATED: June 25, 2021**

　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　United States District Judge